# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 22, 2022

## NO. 03-21-00569-CV

### F. T. and B. T., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on October 29, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.